DOUGLAS I. HORNGRAD
Attorney at Law
(CA State Bar No. 95086)
Maybeck Building Four
1736 Stockton Street
San Francisco, CA 94133
Telephone: (415) 397-9509
Facsimile: (415) 397-9519

Attorney for Defendant
JAMES JIAN CHI HUANG

**FILED**

JUN 2 6 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAMES JIAN CHI HUANG *et al.*,

    Defendants.
_____/

Magistrate Judge Nador J. Vadas
U.S. District Court

Case No. 4-06-70387-WDB

[PROPOSED] ORDER PRESERVING EVIDENCE

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT all evidence, records, and recordings involving 911 calls, dispatches, and communications made on May 9 and June 14 of 2006, that resulted in law enforcement visits to 27468 Hayward Boulevard in Hayward, California, be preserved.

**IT IS SO ORDERED.**

Dated: June 26, 2006

_____
NADOR J. VADAS, Magistrate Judge
United States District Court