1  DOUGLAS I. HORNGRAD
   Attorney at Law
2  (CA State Bar No. 95086)
   Maybeck Building Four
3  1736 Stockton Street
   San Francisco, CA 94133
4  Telephone: (415) 397-9509
   Facsimile: (415) 397-9519

5  Attorney for Defendant
6  JAMES HUANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | No. CR 06-00487 DLJ |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER RE: RESETTING OF MOTION TO SUPPRESS HEARING** |
| v. | |
| JAMES HUANG, | |
| Defendant. | |

TO THE HONORABLE SENIOR JUDGE D. LOWELL JENSEN:

On behalf of JAMES HUANG, with the stipulation of the parties, for the reasons set forth in the attached declaration, counsel addresses the Court and respectfully seeks its Order that:

1) The current Motion to Suppress Hearing date of October 12, 2007, be vacated; and,

2) The date for the hearing on defendants' Motion to Suppress be reset to November 2, 2007, at 11:00 a.m.

//

//

//

//

1
2       SO STIPULATED:
3
4    Dated: 10/10/07                    /s/ Douglas Horngrad
                                        DOUGLAS I. HORNGRAD
5                                       Attorney for JAMES HUANG
6
7    Dated: 10/10/07                    /s/ Collin Cooper
                                        COLLIN COOPER
8                                       Attorney for LESTER NHAN
9
10   Dated: 10/10/07                    /s/ George L. Bevan
                                        GEORGE L. BEVAN
11                                      Assistant United States Attorney
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## DECLARATION OF COUNSEL

I, DOUGLAS I. HORNGRAD, am an attorney licensed to practice before all of the courts of the State of California and am admitted to practice in the United States District Court for the Northern District of California. I represent JAMES HUANG, a defendant in case number CR 06-00487 DLJ.

The foregoing request is made on the grounds that:

1) I have subpoenaed documents that I believe are relevant to the issues involved in defendant's Motion to Suppress.

2) A subpoenaed party contacted my office and informed me that a portion of the subpoenaed records are available and are being produced, but that the party requires more time to produce a substantial remainder of the subpoenaed records.

3) I believe that the issues and the evidence involved in defendant's Motion to Suppress cannot be fully presented at the hearing on the motion without the within requested rescheduling.

4) I have contacted Assistant United States Attorney George Bevan and have told him the reason for the foregoing request and Mr. Bevan informed me that that he stipulates to this request for resetting.

5) My office has contacted Collin Cooper, Esq., counsel for co-defendant Lester Nhan. Mr. Cooper informed my office that he stipulates to the within request for rescheduling.

I declare under penalty of perjury that the foregoing is true and correct, except as to matters stated on information and belief, and as to those I believe them to be true.

DATED: October 10, 2007

                                                    /s/ Douglas I. Horngrad
                                            DOUGLAS I. HORNGRAD

DOUGLAS I. HORNGRAD
Attorney at Law
(CA State Bar No. 95086)
Maybeck Building Four
1736 Stockton Street
San Francisco, CA 94133
Telephone: (415) 397-9509
Facsimile: (415) 397-9519

Attorney for Defendant
JAMES HUANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Senior Judge D. Lowell Jensen |
| Plaintiff, | No. CR 06-00487 DLJ |
| v. | **ORDER** |
| JAMES HUANG, | |
| Defendant. _____/ | |

BY STIPULATION OF THE PARTIES, and good cause appearing, it is hereby ordered that:

1) The current Motion to Suppress Hearing date of October 12, 2007, be vacated; and,

2) The date for the hearing on defendants' Motion to Suppress be reset to November 2, 2007, at 11:00 a.m.

**IT IS SO ORDERED**

Dated: October 12, 2007

_____
**HON. D. LOWELL JENSEN**
Senior Judge
United States District Court