1  DOUGLAS I. HORNGRAD
   Attorney at Law
2  (CA State Bar No. 95086)
   Maybeck Building Four
3  1736 Stockton Street
   San Francisco, CA 94133
4  Telephone: (415) 397-9509
   Facsimile: (415) 397-9519
5
   Attorney for Defendant
6  JAMES HUANG

7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                          OAKLAND DIVISION
11

12 UNITED STATES OF AMERICA,            No. CR 06-00487 DLJ

13         Plaintiff,                   **STIPULATION AND ORDER RE:
                                        RESETTING OF MOTION TO
14    v.                                SUPPRESS RULING DATE AND
                                        BRIEFING SCHEDULE**
15 JAMES HUANG,

16         Defendant.
   _____/
17

18      TO THE HONORABLE SENIOR JUDGE D. LOWELL JENSEN:

19      On behalf of JAMES HUANG, with the stipulation of the parties, for the reasons set

20 forth in the attached declaration, counsel addresses the Court and respectfully seeks its Order

21 that:

22      1) The January 11, 2008, Ruling date be vacated and reset to February 8, 2008,

23 at 11:00 a.m.; and,

24      2) The briefing schedule be adjusted as follows: Defendant's Brief due January 4,

25 2008, United States Attorney's Reply due January 18, 2008, and, Defendant's Response due

26 //

27 //

28 //

January 25, 2008.

SO STIPULATED:

Dated: December 6, 2007  /s/ Douglas Horngrad
DOUGLAS I. HORNGRAD
Attorney for JAMES HUANG

Dated: December 6, 2007  /s/ Collin Cooper
COLLIN COOPER
Attorney for LESTER NHAN

Dated: December 7, 2007  /s/ George Bevan
GEORGE L. BEVAN
Assistant United States Attorney

## DECLARATION OF COUNSEL

I, DOUGLAS I. HORNGRAD, am an attorney licensed to practice before all of the courts of the State of California and I am admitted to practice in the United States District Court for the Northern District of California. I represent JAMES HUANG, a defendant in case number CR 06-00487 DLJ.

The foregoing request is made on the grounds that:

1) On December 3, 2007, I suffered a head injury. I also suffered a leg injury. The head injury required multiple stitches and the leg injury prevents me from driving. Due to my physical condition I am confined to recuperation at home and am unable to make court appearances for the foreseeable future. I will pretty much fully recover within 30 days.

2) My associate's time has been redirected to covering pre-existing court appearances and client matters that I would have otherwise been available to handle.

3) My office contacted the Court's clerk regarding future available dates and Friday February 8, 2008, is my soonest available Friday.

4) My office contacted Assistant United States Attorney George Bevan on December 4, and December 5, 2007, and told him the reasons for the requested resetting. Mr. Bevan informed my office that that he stipulates to the within request for resetting.

5) My office has contacted Collin Cooper, Esq., counsel for co-defendant Lester Nhan. Mr. Cooper informed my office that he stipulates to the within request for rescheduling.

I declare under penalty of perjury that the foregoing is true and correct, except as to matters stated on information and belief, and as to those I believe them to be true.

DATED: December 6, 2007

                                              /s/ Douglas I. Horngrad
                                              DOUGLAS I. HORNGRAD

DOUGLAS I. HORNGRAD
Attorney at Law
(CA State Bar No. 95086)
Maybeck Building Four
1736 Stockton Street
San Francisco, CA 94133
Telephone: (415) 397-9509
Facsimile: (415) 397-9519

Attorney for Defendant
JAMES HUANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Senior Judge D. Lowell Jensen |
| Plaintiff, | No. CR 06-00487 DLJ |
| v. | **ORDER** |
| JAMES HUANG, | |
| Defendant. | |
| _____/ | |

BY STIPULATION OF THE PARTIES, and good cause appearing, it is hereby ordered that:

1) The January 11, 2008, Ruling date be vacated and reset to February 8, 2008, at 11:00 a.m.; and,

2) The briefing schedule be adjusted as follows: Defendant's Brief due January 4, 2008, United States Attorney's Reply due January 18, 2008, and, Defendant's Response due January 25, 2008.

**IT IS SO ORDERED**

Dated: December 10, 2007     _____
HON. D. LOWELL JENSEN
Senior Judge, United States District Court